## Supreme Court Internal Operating Procedures

**Proposed Amendment:**

## § 7.  Motions, Miscellaneous Petitions, and Applications for Relief

**A.  Duties of Prothonotary.** All assignments of motions, miscellaneous petitions and applications for relief, including emergency motions and those requesting the exercise of King's Bench powers, extraordinary jurisdiction and original jurisdiction, shall originate in the Prothonotary's office. No motions, petitions or applications will be considered which were not first filed in the Prothonotary's office and thence assigned. Documents may be filed in paper format, or by electronic or facsimile transmission. Once received, motions, petitions and applications will be monitored by the Prothonotary's office for compliance with applicable appellate rules. Proposed filings that are not in compliance will not be docketed. Proposed filings that are in compliance will be docketed and a response will be allowed. At the expiration of the response period the documents will be forwarded to the Court.

Procedural motions (*e.g.*, **first** requests for extension of time **for not more than thirty days**, requests to exceed page limits, and requests to proceed in forma pauperis) may be resolved by the Prothonotary without further action of the Court.

**Requests for extension of time in excess of thirty days, and second or subsequent requests for extension of time, are disfavored and will be granted only upon a showing of good cause.  Applications for such extensions will be assigned to the Chief Justice.**


\*\*\*